```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                :
         - v. -                 :
                                :
JOHN MELICHAREK,                :    07 Cr. 907
   a/k/a "Rocky,"               :
MICHAEL IUNI,                   :
DOMINICK MEMOLI,                :
   a/k/a "Shakes,"              :
ANGELO NICOSIA,                 :
LOUIS PIPOLO,                   :
DARDIAN CELAJ,                  :
   a/k/a "Danny," and           :
ENED GJELAJ,                    :
   a/k/a "Neddy,"               :
                                :
         Defendants.            :
- - - - - - - - - - - - - - - - x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 10 2007

WHEREAS, the above-captioned indictment was returned on September 26, 2007 and, upon application of the government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 907 be unsealed.

Dated: New York, New York
       October 10, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK