UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA   )
                           )
                v.         ) **NOTICE OF APPEARANCE AND REQUEST**
                           ) **FOR ELECTRONIC NOTIFICATION**
JOHN MELICHAREK, et. al    ) **07 Cr. 907 (SAS)**
                           )
        Defendant.         )

TO:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                               Respectfully submitted,

                               MICHAEL J. GARCIA
                               United States Attorney for the
                               Southern District of New York


                       By:  _____/s/_____
                            Jonathan B. New
                            Assistant United States Attorney
                            (212) 637-1049
                            Jonathan.New@usdoj.gov